John W. IRVIN, Appellant, v. BUICK MOTOR COMPANY et al.
No. 10003.

Circuit Court of Appeals, Eighth Circuit.
April 30, 1934.

Alfred R. Fuchs, of Kansas City, Mo., for appellant.

Roscoe C. Van Valkenburgh, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, at costs of appellant, but without taxation of attorney fee in favor of appellees, pursuant to motion of appellant and stipulation of parties.

JACKSON COUNTY, MISSOURI, Appellant, v. Walter R. SHAWHAN.
No. 9934.

Circuit Court of Appeals, Eighth Circuit.
Jan. 27, 1934.

Winger, Reeder, Barker & Hazard, of Kansas City, Mo., for appellant.

PER CURIAM.

Petition for appeal from United States District Court, Western District of Missouri, denied.

JACKSON COUNTY, MISSOURI, Appellant, v. Mamie C. SHAWHAN.
No. 9935.

Circuit Court of Appeals, Eighth Circuit.
Jan. 27, 1934.

Winger, Reeder, Barker & Hazard, of Kansas City, Mo., for appellant.

PER CURIAM.

Petition for appeal from United States District Court, Western District of Missouri, denied.

Arthur J. KASIMOV and Joseph Kasimov, Partners, Trading as Kasimov Brothers, v. Alfred I. SOLTZ, Trustee in Bankruptcy of Arthur J. Kasimov and Joseph Kasimov, Partners Trading as Kasimov Brothers.
No. 6744.

Circuit Court of Appeals, Sixth Circuit.
June 8, 1934.

Leo W. Ulmer and A. L. Greenspun, both of Cleveland, Ohio, for appellants.

Sidney N. Weitz and Gerald A. Doyle, both of Cleveland, Ohio, for appellee.

PER CURIAM.

Appeal dismissed upon motion of appellee.

KEYSTONE DRILLER CO. v. BAY CITY SHOVELS, Inc.
No. 6340.

Circuit Court of Appeals, Sixth Circuit.
June 7, 1934.

Hewitt & Brooker, of Bay City, Mich., and Richey & Watts, of Cleveland, Ohio, for appellant.

Gilbert W. Hand and Clark & Henry, both of Bay City, Mich., for appellee.

PER CURIAM.

Dismissed and remanded to District Court pursuant to motion of appellant.